IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **WILLIAM Q. RICHARDS ESTATE** and **REGINA FERGUSON RICHARDS,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:24-cv-00033-O |
| **COTTLE COUNTY** and **JUDGE KARL HOLLOWAY,** | § § § § | |
| Defendants. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On December 5, 2024, the Court held a Status Conference in which the parties advised the Court that they were not able to reach a settlement of the case at this time. The undersigned **RECOMMENDS** that Judge O'Connor **GRANT** Plaintiff's request to file an amended complaint contained in the Joint Status Report. *See* ECF No. 27. Further, the undersigned **RECOMMENDS** that Judge O'Connor set a briefing schedule for Defendants to file a new Motion to Dismiss or other motion or pleading in response to Plaintiff's amended complaint.

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions, and recommendation must file specific written objections within fourteen days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). To be specific, an objection must identify the particular finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file

specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), modified by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).

    **SIGNED** on December 5, 2024.

                                                _____
                                                Hal R. Ray, Jr.
                                                UNITED STATES MAGISTRATE JUDGE