IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| WILLIAM Q. RICHARDS ESTATE and REGINA FERGUSON RICHARDS,<br><br>　Plaintiffs,<br><br>v.<br><br>COTTLE COUNTY and JUDGE KARL HOLLOWAY,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 7:24-cv-00033-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation in accordance with 28 U.S.C. § 636(b)(1). Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

　Accordingly, it is **ORDERED** that Plaintiffs' request to file an amended complaint in the Joint Status Report (ECF No. 27) is **GRANTED**. The Court also **ORDERS** Plaintiffs to confer with Defendants and agree on a briefing schedule for Defendants to file a new Motion to Dismiss or other motion in response to Plaintiffs' amended complaint. The parties are to file a joint notice outlining the agreed briefing schedule **no later than December 16, 2024**.

　**SO ORDERED** this **9th day** of **December, 2024**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Reed O'Connor
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1